# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEITH WARD,

    Plaintiff,

vs.

JAMES DZURENDA, et al.,

    Defendants.

Case No. 3:18-cv-0517-RCJ-CLB

**ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Keith Ward, in proper person, and Defendants James Cox, James Dzurenda, and E.K. McDaniels, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mary Anne Martin, Deputy Attorney General, hereby stipulate and agree that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///

1

1  This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon at
2  the Early Mediation Conference which took place on May 12, 2020, and which are memorialized in the
3  Minutes of Proceedings entered ECF No. 13.

DATED this ____ day of May, 2020.     DATED this 26th day of May, 2020

                                       AARON D. FORD
                                       Attorney General

_____              By: _____
KEITH WARD                             MARY ANNE MARTIN, Bar No. 13267
Plaintiff, *Pro Se* #21396             Deputy Attorney General
                                       *Attorneys for Defendants*


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___ June 1, 2020.